IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00104 |
| | ) | Judge Trauger |
| | ) | |
| MICHAEL LEE HOGAN | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, August 27, 2013, at 2:30 p.m.

It is so **ORDERED**.

ENTER this 21st day of August 2013.

                                          ALETA A. TRAUGER
                                          U.S. District Judge